Laura K. Granier (NV Bar # 7357)
*Admitted Pro Hac Vice*
HOLLAND & HART LLP
5470 Kietzke Lane #100
Reno, Nevada 89511
Telephone: +1.775.327.3089
LKGranier@hollandhart.com

Amelia G. Yowell (D.C. Bar # 1032367)
*Admitted Pro Hac Vice*
HOLLAND & HART LLP
505 9th Street NW, Suite 700
Washington, DC 20004
Telephone: +1.202.654.6913
AGYowell@hollandhart.com

Christopher D. Thomas (AZ Bar # 010482)
Benjamin A. Longbottom (AZ Bar # 038602)
HOLLAND & HART LLP
2398 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: +1.602.507.9700
CDThomas@hollandhart.com
BALongbottom@hollandhart.com

Todd C. Gwillim (AZ Bar # 036439)
Legal Manager, North America
SOUTH32 HERMOSA INC.
1860 E. River Road, Suite 200
Tucson, Arizona 85718
Telephone: +1.309.431.0789
Todd.Gwillim@south32.net

*Attorneys for South32 Hermosa Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Patagonia Area Resource Alliance; Center for Biological Diversity,

Plaintiffs,

v.

United States Forest Service; United States Fish & Wildlife Service,

Defendants,

No. 4:26-cv-00496-RCC

**SOUTH32 HERMOSA INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

and

South32 Hermosa Inc.; UNS Electric, Inc.

Intervenor-Defendants.

## ANSWER

South32 Hermosa Inc. (South32), for its answer to Plaintiffs' First Amended Complaint (Doc. 34), pleads as follows. The numbered paragraphs of this Answer correspond to the numbered paragraphs of the First Amended Complaint.

Any factual allegation admitted in this Answer is admitted only as to the specific fact asserted and not as to any conclusions, characterizations, or inferences drawn therefrom by Plaintiffs. This Answer follows the format of the First Amended Complaint for ease of reference only; South32 does not agree to or admit that the First Amended Complaint's headings are accurate, appropriate, or substantiated.

Except as expressly admitted in this Answer, South32 denies each and every allegation contained in Plaintiffs' First Amended Complaint and further denies Plaintiffs are entitled to any relief requested in Plaintiffs' First Amended Complaint or otherwise.

### Introduction

1. Paragraph 1 is a summary of Plaintiffs' claims and characterizes Plaintiffs' Complaint, which South32 answers below, and to which no separate response is required. To the extent a response is required, South32 denies the allegations—the expansion at issue in this case would expand operations onto a small footprint of only 423 acres of National Forest System lands.

2. Paragraph 2 is a characterization of the "Project Area" for South32's Hermosa Critical Minerals Project, which is described in the U.S. Forest Service's final Record of Decision (ROD) and Final Environmental Impact Statement (FEIS) for the Project, as well as the U.S. Fish & Wildlife Service's (FWS) Biological Opinion (BiOp) for the Project. These documents are the best evidence of their contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of these documents, South32 denies the allegations. South32 admits the third sentence of paragraph 2. South32 further denies all remaining allegations in paragraph 2.

3. Paragraph 3 is a characterization of the Project Area and certain wildlife and plant species within the Project Area, which are described in the ROD, FEIS, and BiOp.

These documents are the best evidence of their contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of these documents, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 3, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 3.

4. Paragraph 4 is a characterization of the agency actions challenged in this case and the Project, which are described in the ROD, FEIS, and BiOp. These documents are the best evidence of their contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of these documents, South32 denies the allegations. Answering the first sentence of paragraph 4, South32 admits that the Forest Service, in consultation with FWS, approved the Project in the ROD issued on July 7, 2026, which approves the expansion for operations on a small footprint of just 423 acres on National Forest System lands. South32 further denies all remaining allegations in paragraph 4.

5. South32 denies the allegations in paragraph 5.

6. South32 denies the allegations in paragraph 6, including any allegations that may be contained within footnote 1.

7. South32 admits the allegations in paragraph 7.

8. South32 denies the allegations in paragraph 8.

9. South32 denies the allegations in paragraph 9.

10. South32 denies the allegations in paragraph 10.

11. South32 denies the allegations in paragraph 11.

12. South32 denies the allegations in paragraph 12.

13. The first five sentences of paragraph 13 quote from the FEIS, which is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 13, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 13.

14. South32 denies the allegations in paragraph 14.

15. South32 denies the allegations in paragraph 15.

16. Paragraph 16 is a summary of Plaintiffs' claims and requested relief, which South32 answers below, and to which no separate response is required. To the extent a response is required, South32 denies the allegations and further denies that Plaintiffs are entitled to any of the relief requested.

**Jurisdiction and Venue**

17. South32 does not dispute that this Court has jurisdiction over this matter. Paragraph 17 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 17.

18. South32 does not dispute that venue is proper in this Court and this Division. Paragraph 18 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 18.

**Parties**

19. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 19 and therefore denies the allegations.

20. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 20 and therefore denies the allegations.

21. South32 admits that the Project is located within Santa Cruz County, Arizona. South32 lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 21 and therefore denies those allegations.

22. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 22 and therefore denies the allegations.

23. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 23 and therefore denies the allegations.

24. South32 incorporates by reference its answers to paragraphs 19–23 above as if they were fully set out again here and further denies the allegations in paragraph 24.

25. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 25 and therefore denies the allegations.

26. Paragraph 26 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 26.

27. Paragraph 27 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 27.

28. South32 admits the allegations in the first two sentences of paragraph 28. With respect to the third sentence, South32 admits that the federal authorizations approved the expansion of operations onto a small footprint of just 423 acres of National Forest System lands.

29. South32 admits the allegations in paragraph 29.

30. South32 admits that Plaintiffs submitted comments to the Forest Service during the public comment periods for the Project and that Plaintiffs submitted objections to the Forest Service's ROD approving the Project. South32 denies all remaining allegations in paragraph 30, which constitute legal conclusions.

## Factual Background

31. Paragraph 31 is a characterization of the Project, which is described in the ROD, FEIS, and BiOp. These documents are the best evidence of their contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of these documents, South32 denies the allegations.

32. Paragraph 32 is a characterization of the Project, which is described in the ROD, FEIS, and BiOp. These documents are the best evidence of their contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of these documents, South32 denies the allegations. Although the ROD includes the language quoted in paragraph 32, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 32.

33. Paragraph 33 is a characterization of the Project, which is described in the ROD, FEIS, and BiOp. These documents are the best evidence of their contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of these documents, South32 denies the allegations.

34. Paragraph 34 is a characterization of a figure included in the ROD, which is the best evidence of its contents. To the extent Plaintiffs' characterization is inconsistent with the content of the ROD and the referenced figure, South32 denies the allegations. South32 admits that the ROD includes the referenced figure. South32 further denies all remaining allegations in paragraph 34.

35. Paragraph 35 is a characterization of the Project and the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of the BiOp, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 35.

36. South32 admits the allegations in paragraph 36.

37. Paragraph 37 is a characterization of the Forest Service's Biological Assessment for the Project and FWS's BiOp for the Project. These documents are the best evidence of their contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of these documents, South32 denies the allegations. Although the Forest Service's Biological Assessment includes the language quoted in the first sentence of paragraph 37, the quotations are incomplete and thus misleading. South32 admits that the Forest Service and FWS engaged in formal consultation pursuant to section 7 of the Endangered Species Act in connection with their approval of the Project and that FWS concluded the Project is not likely to jeopardize the continued existence of any species listed under the Endangered Species Act or adversely modify any critical habitat. South32 further denies all remaining allegations in paragraph 37.

38. South32 denies the allegations in paragraph 38.

39. Paragraph 39 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 39, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 39.

40. Paragraph 40 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 40, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 40.

41. Paragraph 41 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 41, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 41.

42. Paragraph 42 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 42, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 42.

43. Paragraph 43 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 43, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 43.

44. Paragraph 44 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 44, the

quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 44.

45. Paragraph 45 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 45, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 45.

46. Paragraph 46 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 46, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 46.

47. Paragraph 47 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 47, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 47.

48. Paragraph 48 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 48, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 48.

49. South32 denies the allegations in paragraph 49.

50. South32 denies the allegations in paragraph 50.

51. Paragraph 51 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 51, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 51.

52. Paragraph 52 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 52, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 52.

53. Paragraph 53 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of the BiOp, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 53.

54. Paragraph 54 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 54, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 54.

55. Paragraph 55 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 55, the quotations are incomplete and thus misleading. Answering footnote 3 below paragraph 55, upon

information and belief, South32 admits FWS has not designated critical habitat for ocelot. South32 further denies all remaining allegations in paragraph 55.

56. Paragraph 56 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 56, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 56.

57. Paragraph 57 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 57, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 57.

58. Paragraph 58 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 58, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 58.

59. Paragraph 59 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 59, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 59.

60. Paragraph 60 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs'

characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 60, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 60.

61. Paragraph 61 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 61, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 61.

62. South32 denies the allegations in paragraph 62.

63. Paragraph 63 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 63, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 63.

64. Paragraph 64 and the accompanying footnote 4 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 64 and footnote 4, the quotations are incomplete and thus misleading. South32 further denies all other allegations in paragraph 64 and footnote 4.

65. South32 denies the allegations in paragraph 65.

66. Paragraph 66 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 66, the

quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 66.

67. Paragraph 67 is a characterization of the analysis contained in FWS's BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the BiOp, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 67, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 67.

68. Paragraph 68 is a characterization of the analysis contained in the Forest Service's FEIS for the Project. The FEIS is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of the FEIS, South32 denies the allegations. South32 further incorporates by reference its answer to paragraph 33 above as if it were fully set out here. South32 further denies all other allegations in paragraph 68.

69. Paragraph 69 is a characterization of the analysis contained in the Forest Service's FEIS for the Project. The FEIS is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of the FEIS, South32 denies the allegations. South32 further incorporates by reference its answer to paragraph 33 above as if it were fully set out here. South32 further denies all other allegations in paragraph 69.

70. Paragraph 70 is a characterization of the conclusions contained in the Forest Service's ROD for the Project. The ROD is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of the ROD, South32 denies the allegations. South32 further incorporates by reference its answer to paragraph 33 above as if it were fully set out here. South32 further denies all remaining allegations in paragraph 70.

71. Paragraph 71 is a characterization of the analysis contained in the Forest Service's FEIS for the Project. The FEIS is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of the FEIS, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 71.

72. Paragraph 72 is a characterization of the analysis contained in the Forest Service's FEIS for the Project. The FEIS is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of the FEIS, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 72.

73. South32 denies the allegations in paragraph 73.

74. Paragraph 74 is a characterization of the analysis contained in the Forest Service's FEIS for the Project. The FEIS is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 74, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 74.

75. South32 denies the allegations in paragraph 75.

76. South32 denies the allegations in paragraph 76.

77. Paragraph 77 is a characterization of the analysis contained in the Forest Service's FEIS for the Project. The FEIS is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in the third sentence of paragraph 77, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 77.

78. Paragraph 78 is a characterization of the analysis contained in the Forest Service's FEIS for the Project and FWS's BiOp for the Project. The FEIS and BiOp are the best evidence of their contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of these documents, South32 denies the allegations. Although the FEIS and the BiOp include the language quoted in paragraph 78, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 78.

79. Paragraph 79 is a characterization of the analysis contained in the Forest Service's FEIS for the Project and the conclusions contained in the ROD for the Project, which

documents are the best evidence of their contents. To the extent Plaintiffs' characterization is inconsistent with the content of the FEIS and ROD, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 79.

80. South32 denies the allegations in paragraph 80.

81. Paragraph 81 is a characterization of the analysis contained in the Forest Service's FEIS for the Project and the conclusions contained in the Forest Service's ROD for the Project. The FEIS and ROD are the best evidence of their contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of these documents, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 81, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 81.

82. South32 denies the allegations in paragraph 82.

83. Paragraph 83 is a characterization of the Forest Service's response to certain objections related to the ROD for the Project, provided as Appendix A to the FEIS, which document is the best evidence of its contents. To the extent that Plaintiffs' characterization or quotations are inconsistent with the content of this document, South32 denies the allegations. Although Appendix A to the FEIS includes the language quoted in paragraph 83, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 83.

84. Paragraph 84 is a characterization of a certain "Groundwater Baseline Characterization Report," which document is the best evidence of its contents. To the extent that Plaintiffs' characterization is inconsistent with the content of this document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 84.

85. Paragraph 85 is a characterization of the analysis contained in the Forest Service's FEIS for the Project. The FEIS is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of the FEIS, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 85.

86. Paragraph 86 is a characterization of the analysis contained in the Forest Service's FEIS for the Project and certain supporting documents. These documents are the best evidence of their contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of these documents, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 86.

87. South32 denies the allegations in paragraph 87.

88. Paragraph 88 is a characterization of the analysis contained in the Forest Service's FEIS for the Project. The FEIS is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of the FEIS, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 88.

89. South32 denies the allegations in paragraph 89.

90. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 90 and therefore denies the allegations. Further, paragraph 90 is a characterization of a certain "Application for an Instream Flow Water Right with the Arizona Dept. of Water Resources," which document is the best evidence of its contents. To the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 90.

91. Paragraph 91 is a characterization of a certain "Application for an Instream Flow Water Right with the Arizona Dept. of Water Resources," which document is the best evidence of its contents. To the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 91, including because South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 91.

92. Paragraph 92 is a characterization of a certain "Application for an Instream Flow Water Right with the Arizona Dept. of Water Resources," which document is the best evidence of its contents. To the extent that Plaintiffs' characterization or quotations are

inconsistent with the content of that document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 92, including because South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 92.

93. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 93 and therefore denies the allegations.

94. Paragraph 94 quotes from a certain "June 13, 2013 letter from AGFD to Arizona Dept. of Water Resources," which document is the best evidence of its contents. To the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 94, including because South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 94.

95. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 95 and therefore denies the allegations.

96. Paragraph 96 is a characterization of the Forest Service's response to certain objections related to the ROD for the Project, provided as Appendix A to the FEIS, which document is the best evidence of its contents. To the extent that Plaintiffs' characterization or quotations are inconsistent with the content of this document, South32 denies the allegations. Although Appendix A to the FEIS includes the language quoted in paragraph 96, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 96.

97. South32 denies the allegations in paragraph 97, including because South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 97.

98. South32 denies the allegations in paragraph 98.

99. Paragraph 99 is a characterization of the conclusions contained in the ROD for the Project and the analysis contained in the FEIS and BiOp for the Project. These documents are the best evidence of their contents, and to the extent that Plaintiffs'

characterization is inconsistent with the content of these documents, South32 denies the allegations. Although the FEIS and the BiOp include the language quoted in paragraph 99, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 99.

100. South32 denies the allegations in paragraph 100.

101. Paragraph 101 is a characterization of the conclusions contained in the ROD for the Project and the analysis contained in the FEIS for the Project. These documents are the best evidence of their contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of these documents, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 101.

102. Paragraph 102 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 102, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 102.

103. Paragraph 103 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 103, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 103.South32 further denies all remaining allegations in paragraph 103.

104. Paragraph 104 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization is inconsistent with the content of the FEIS, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 104.

105. Paragraph 105 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 105, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 105, including the second sentence, which alleges legal conclusions, to which no answer is required.

106. South32 admits that the Project's Goldbaum Canyon water discharge pipeline will be approximately 0.5 miles long, and that the Project's Mowry Wash water discharge pipeline will be approximately 5 miles long. South32 further denies all remaining allegations in paragraph 106.

107. Paragraph 107 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 107, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 107.

108. Paragraph 108 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in the second sentence of paragraph 108, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 108.

109. Paragraph 109 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in

paragraph 109, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 109.

110. Paragraph 110 is a characterization of the Forest Service's analysis and conclusions in its "Hermosa Critical Minerals Project Alternatives Evaluation Report" for the Project. That document is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the document, South32 denies the allegations. Although the document includes the language quoted in paragraph 110, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 110.

111. Paragraph 111 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 111, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 111.

112. South32 denies the allegations in paragraph 112, including to the extent that paragraph 112 alleges legal conclusions, to which no answer is required.

113. Paragraph 113 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 113, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 113.

114. Paragraph 114 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in

paragraph 114, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 114.

115. Paragraph 115 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 115, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 115.

116. Paragraph 116 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 116, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 116.

117. Paragraph 117 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 117, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 117.

## **Statutory Background**

118. Paragraph 118 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 118.

119. Paragraph 119 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 119.

120. Paragraph 120 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 120.

121. Paragraph 121 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 121.

122. Paragraph 122 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 122.

123. Paragraph 123 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 123.

124. Paragraph 124 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 124.

125. Paragraph 125 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 125.

126. Paragraph 126 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 126.

127. Paragraph 127 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 127.

128. Paragraph 128 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 128.

129. Paragraph 129 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 129.

130. Paragraph 130 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 130.

131. Paragraph 131 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 131.

132. Paragraph 132 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 132.

133. Paragraph 133 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 133.

134. Paragraph 134 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 134.

135. Paragraph 135 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 135.

136. Paragraph 136 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 136.

137. Paragraph 137 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 137.

138. Paragraph 138 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 138.

139. Paragraph 139 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 139.

140. Paragraph 140 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 140.

141. Paragraph 141 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 141.

142. Paragraph 142 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 142.

143. Paragraph 143 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 143.

144. Paragraph 144 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 144.

145. Paragraph 145 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 145.

146. Paragraph 146 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 146.

147. Paragraph 147 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 147.

148. Paragraph 148 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 148.

149. Paragraph 149 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 149.

150. Paragraph 150 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 150.

151. Paragraph 151 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 151.

152. Paragraph 152 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 152.

153. Paragraph 153 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 153.

154. Paragraph 154 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 154.

155. Paragraph 155 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 155.

156. Paragraph 156 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 156.

157. Paragraph 157 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 157.

158. Paragraph 158 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 158.

159. Paragraph 159 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 159.

160. South32 denies that Forest Service made any erroneous assumptions or did anything other than follow all legal requirements to authorize the construction and use of the Project's Primary Access Road or the Project's water discharge pipelines. South32 further denies all remaining allegations in paragraph 160.

161. Paragraph 161 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 161.

162. Paragraph 162 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 162.

163. Paragraph 163 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 163.

164. Paragraph 164 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 164.

165. Paragraph 165 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 165.

166. Paragraph 166 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 166.

167. Paragraph 167 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 167.

168. Paragraph 168 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 168.

## First Claim for Relief

169. In response to paragraph 169, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

170. Paragraph 170 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 170.

171. South32 denies the allegations in paragraph 171, including to the extent that paragraph 171 alleges legal conclusions, to which no answer is required.

172. South32 denies the allegations in paragraph 172.

173. South32 denies the allegations in paragraph 173, including to the extent that paragraph 173 alleges legal conclusions, to which no answer is required.

174. South32 denies the allegations in paragraph 174.

175. South32 denies the allegations in paragraph 175.

176. South32 denies the allegations in paragraph 176.

**Second Claim for Relief**

177. In response to paragraph 177, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

178. Paragraph 178 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 178.

179. Paragraph 179 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 179.

180. South32 denies the allegations in paragraph 180, including to the extent that paragraph 180 alleges legal conclusions, to which no answer is required.

**Third Claim for Relief**

181. In response to paragraph 181, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

182. Paragraph 182 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 182.

183. Paragraph 183 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 183.

184. South32 denies the allegations in paragraph 184.

185. South32 denies the allegations in paragraph 185.

**Fourth Claim for Relief**

186. In response to paragraph 186, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

187. Paragraph 187 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 187.

188. South32 denies the allegations in paragraph 188.

189. South32 denies the allegations in paragraph 189.

**Fifth Claim for Relief**

190. In response to paragraph 190, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

191. Paragraph 191 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 191.

192. South32 denies the allegations in paragraph 192.

193. South32 denies the allegations in paragraph 193 and the accompanying footnote 7, including to the extent that paragraph 193 and footnote 7 allege legal conclusions, to which no answer is required.

194. Paragraph 194 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of that document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 194.

195. Paragraph 195 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 195, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 195.

196. Paragraph 196 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 196, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 196, including to the extent that paragraph 196 alleges legal conclusions, to which no answer is required.

197. Paragraph 197 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 197, the quotations are incomplete and thus misleading. South32 further denies all

remaining allegations in paragraph 197, including to the extent that paragraph 197 alleges legal conclusions, to which no answer is required.

198. Paragraph 198 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of that document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 198.

199. Paragraph 199 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 199, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 199.

200. Paragraph 200 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of that document, South32 denies the allegations. South32 denies all remaining allegations in paragraph 200, including to the extent that paragraph 200 alleges legal conclusions, to which no answer is required.

201. Paragraph 201 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 201, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 201.

202. Paragraph 202 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in

paragraph 202, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 202.

203. Paragraph 203 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of that document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 203.

204. Paragraph 204 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of that document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 204.

205. South32 denies the allegations in paragraph 205, including to the extent the allegations constitute legal conclusions, to which no answer is required.

206. Paragraph 206 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 206, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 206.

207. Paragraph 207 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 207, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 207.

208. South32 denies the allegations in paragraph 208, including to the extent that paragraph 208 alleges legal conclusions, to which no answer is required.

209. South32 denies the allegations in paragraph 209, including to the extent that paragraph 209 alleges legal conclusions, to which no answer is required.

210. South32 denies the allegations in paragraph 210.

211. South32 denies the allegations in paragraph 211, including to the extent that paragraph 211 alleges legal conclusions, to which no answer is required.

212. Paragraph 212 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 212, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 212, including to the extent that paragraph 212 alleges legal conclusions, to which no answer is required.

213. Paragraph 213 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the BiOp includes the language quoted in paragraph 213, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 213.

214. Paragraph 214 is a characterization of FWS's analysis and conclusions in its BiOp for the Project. The BiOp is the best evidence of its contents, and to the extent that Plaintiffs' characterization is inconsistent with the content of that document, South32 denies the allegations. South32 denies all remaining allegations in paragraph 214, including to the extent that paragraph 214 alleges legal conclusions, to which no answer is required.

215. South32 denies the allegations in paragraph 215, including to the extent that paragraph 215 alleges legal conclusions, to which no answer is required.

216. South32 denies the allegations in paragraph 216.

## **Sixth Claim for Relief**

217. In response to paragraph 217, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

218. Paragraph 218 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 218

219. South32 admits, upon information and belief, that Plaintiffs sent a 60-day notice letter to the agencies on September 10, 2026. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegation in the second sentence of paragraph 219 and therefore denies the allegation. South32 admits that more than 60 days have passed since September 10, 2026, but otherwise denies the allegations in the third sentence of paragraph 219. South32 further denies all remaining allegations in paragraph 219.

220. South32 denies the allegations in paragraph 220.

221. South32 denies the allegations in paragraph 221.

222. South32 denies that the Forest Service violated ESA Section 7(a)(2). Paragraph 222 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 222.

**Seventh Claim for Relief**

223. In response to paragraph 223, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

224. South32 denies the allegations in paragraph 24, including to the extent that paragraph 224 alleges legal conclusions, to which no answer is required.

225. South32 denies the allegations in paragraph 225, including to the extent that paragraph 225 alleges legal conclusions, to which no answer is required.

226. Paragraph 226 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 226.

227. South32 denies the allegations in paragraph 227, including to the extent that paragraph 227 alleges legal conclusions, to which no answer is required.

228. South32 denies the allegations in paragraph 228. South32 further denies that Plaintiffs are entitled to any of the relief requested in paragraph 228.

**Eighth Claim for Relief**

229. In response to paragraph 229, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

230. Paragraph 230 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 230, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 230.

231. Paragraph 231 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 231, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 231.

232. South32 denies the allegations in paragraph 232.

233. Paragraph 233 is a characterization of a South32 "Critical Minerals Exploration and Mine Plan of Operations" dated April 8, 2025, which document is the best evidence of its contents. To the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the referenced document includes the language quoted in paragraph 233, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 233.

234. Paragraph 234 is a characterization of a South32 "Critical Minerals Exploration and Mine Plan of Operations" dated April 8, 2025, which document is the best evidence of its contents. To the extent that Plaintiffs' characterization or quotations are inconsistent with the content of that document, South32 denies the allegations. Although the referenced document includes the language quoted in paragraph 234, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 234.

235. Paragraph 235 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization is inconsistent with the content of the FEIS, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 235.

236. Paragraph 236 is a characterization of the Forest Service's analysis and conclusions in its FEIS for the Project. The FEIS is the best evidence of its content, and to the extent that Plaintiffs' characterization or quotations are inconsistent with the content of the FEIS, South32 denies the allegations. Although the FEIS includes the language quoted in paragraph 236, the quotations are incomplete and thus misleading. South32 further denies all remaining allegations in paragraph 236.

237. South32 denies the allegations in paragraph 237.

238. South32 denies the allegations in paragraph 238, including to the extent that paragraph 238 alleges legal conclusions, to which no answer is required.

239. South32 denies the allegations in paragraph 239.

240. South32 denies the allegations in paragraph 240.

241. South32 denies the allegations in paragraph 241. South32 further denies that Plaintiffs are entitled to any of the relief requested in paragraph 241.

**Ninth Claim for Relief**

242. In response to paragraph 242, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

243. Paragraph 243 alleges legal conclusions, to which no answer is required. To the extent one is required, South32 denies the allegations in paragraph 243.

244. South32 denies the allegations in paragraph 244.

245. South32 denies the allegations in paragraph 245.

246. South32 denies the allegations in paragraph 246.

247. South32 denies the allegations in paragraph 247, including to the extent that paragraph 247 alleges legal conclusions, to which no answer is required.

248. South32 denies the allegations in paragraph 248. South32 further denies that Plaintiffs are entitled to any of the relief requested in paragraph 248.

**Tenth Claim for Relief**

249. In response to paragraph 249, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

250. South32 denies the allegations in paragraph 250.

251. South32 denies the allegations in paragraph 251.

252. Paragraph 252 is a characterization of the analysis contained in FWS's BiOp for the Project, which is the best evidence of its contents. To the extent that Plaintiffs' characterization is inconsistent with the content of that document, South32 denies the allegations. South32 further denies all remaining allegations in paragraph 252.

253. South32 lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 253 and therefore denies the allegations.

254. South32 denies the allegations in paragraph 254 and footnote 8. South32 further denies that Plaintiffs are entitled to any of the relief requested in paragraph 254.

**Eleventh Claim for Relief**

255. In response to paragraph 255, South32 incorporates by reference all preceding paragraphs of this Answer as if they were fully set out again here.

256. South32 denies the allegations in paragraph 256.

257. South32 denies the allegations in paragraph 257. South32 further denies that Plaintiffs are entitled to any of the relief requested in paragraph 257.

**Plaintiffs' Request for Relief**

The remainder of Plaintiffs' First Amended Complaint states Plaintiffs' request for relief, to which no response is required. To the extent a response is required, South32 denies that Plaintiffs are entitled to the relief requested or to any other relief or award.

**AFFIRMATIVE DEFENSES**

South32 alleges the following separate and distinct affirmative defenses to Plaintiffs' First Amended Complaint:

1. Plaintiffs' First Amended Complaint fails to state a claim upon which relief may be granted as to South32.

2. Plaintiffs' claims and requests for relief are barred in whole or in part because any actions taken by Federal Defendants or South32 regarding the subject matter alleged in the First Amended Complaint were undertaken in good faith and constitute lawful, proper, justified, and privileged conduct.

3. Plaintiffs' claims and requests for relief are barred in whole or in part because Plaintiffs did not properly exhaust their administrative remedies before bringing this action.

4. Plaintiffs lack standing to bring this action.

5. Some or all of Plaintiffs' claims are moot or unripe.

6. Plaintiffs have waived their rights to assert and seek some or all of Plaintiffs' claims and requests for relief.

7. Plaintiffs are estopped from asserting and seeking some or all of Plaintiffs' claims and requests for relief.

8. This Court lacks subject-matter jurisdiction to review some or all of Plaintiffs' claims and requests for relief.

9. South32 reserves the right to assert additional affirmative defenses that may become known to it upon further investigation, disclosure, or discovery.

**PRAYER FOR RELIEF**

Having fully answered Plaintiffs' First Amended Complaint and having asserted the foregoing defenses and affirmative defenses, South32 respectfully requests that the Court (1) deny all relief sought by Plaintiffs, (2) dismiss Plaintiffs' First Amended Complaint with prejudice and grant judgment to Federal Defendants and to South32, and (3) grant Federal Defendants and South32 such other relief as may be just and proper, including an award of attorneys' fees and costs to which South32 may be entitled by statute or otherwise.

Dated: November 24, 2026

**HOLLAND & HART LLP**

By: */s/ Laura K. Granier*

Laura K. Granier
5470 Kietzke Lane #100
Reno, Nevada 89511

Amelia G. Yowell
505 9th Street NW, Suite 700
Washington, DC 20004

Christopher D. Thomas
Benjamin A. Longbottom
2398 E. Camelback Road, Suite 650
Phoenix, Arizona 85016

Todd C. Gwillim
SOUTH32 HERMOSA INC.
1860 E. River Road, Suite 200
Tucson, Arizona 85718

*Attorneys for South32 Hermosa Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this case.

*/s/ Laura K. Granier*